UNITED STATES DISTRICT COURT
FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

RAFAEL FIUMARA,                               :
                                              :
    Petitioner,                               :
                                              :
  v.                                          : CIVIL NO. 3:CV-05-1597
                                              :
CAMERON LINDSAY,                              : (Judge Kosik)
                                              :
    Respondent                                :

## O R D E R

**NOW, THIS 5th DAY OF OCTOBER, 2005, IT IS HEREBY ORDERED THAT:**

1. The Clerk of Court is directed to refund to Petitioner the amount of $5.00 in light of the fact that he submitted the required filing fee twice in this matter. (Docs. 4, 5.)

2. The Clerk of Court is directed to serve a copy of the above-captioned petition for writ of habeas corpus on Respondent and the United States Attorney.

3. Within twenty (20) days of the date of this Order, Respondent shall respond to the allegations in the petition.

4. Petitioner shall, if he so desires, file a reply to the response within fifteen (15) days of its filing.

                                                  s/Edwin M. Kosik
                                           United States District Judge